# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF SEQUOIA ELECTIC LLC, | |
| Plaintiff, | 2:14-cv-02045-JCM-VCF |
| vs. | **ORDER** |
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | |
| Defendant. | |

Before the court is the *United States for Use and Benefit of Sequoia Electric LLC v. The Guarantee Company of North America USA*, case no. 2:14-cv-02045-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., April 13, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 27th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE