KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 012206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
         lfaux@fauxlaw.com
*Attorneys for The Guarantee Company of North America USA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan Corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>        Defendants. | Case No.:   2:14-cv-02045-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE GUARANTEE COMPANY OF NORTH AMERICA USA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

Under LR 6-1, Defendant the Guarantee Company of North America USA (GCNA) and Plaintiff Sequoia Electric, LLC, by and through their respective counsel, stipulate for an order for a one-week extension of time to file GCNA's Reply in support of its Motion for Partial Summary Judgment. GCNA's Motion was filed on May 13, 2016.

///

///

///

1

GCNA's counsel has requested the extension in order to have additional time to more fully evaluate Sequoia's Response and documents which were recently produced. The proposed new deadline for GCNA's Reply is June 23, 2016.

DATED this 16th day of June, 2016.                DATED this 16th day of June, 2016.

THE FAUX LAW GROUP                                THE WRIGHT LAW GROUP, P.C.


By:/s/   Leland K. Faux                           By: /s/  John Wright (with permission)
KURT C. FAUX, ESQ.                                JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 003407                             Nevada Bar No. 6182
LELAND K. FAUX, ESQ.                              2340 Paseo Del Prado, Suite D-305
Nevada Bar No. 12206                              Las Vegas, Nevada 89102
1540 W. Warm Springs Road, #100                   *Attorney for Sequoia Electric, LLC*
Henderson, Nevada 89014
*Attorneys for The Guarantee Company of
North America USA*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 17, 2016