JOHN HENRY WRIGHT
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
Attorney for the Plaintiff
UNITED STATES FOR USE AND BENEFIT OF
SEQUOIA ELECTRIC, LLC and SEQUOIA
ELECTRIC, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan Corporation; DOES I through X, inclusive; ROE ENTITIES XI through XX<br><br>Defendants. | Case No. 2:14-cv-02045-JCM-VCF<br><br>**STIPULATION AND ORDER OF EXTENSION OF TIME TO FILE SEQUOIA ELECTRIC , LLC'S RESPONSE TO THE GUARANTEE COMPANY OF NORTH AMERICA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |



Pursuant to LR 6-1, Plaintiffs UNITED STATES FOR THE USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC and Defendant THE GUARANTEE COMPANY OF NORTH AMERICA USA, by and through their respective counsel of record, hereby stipulate to an Order for a two-week extension of time for Plaintiffs UNITED STATES FOR THE USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC to file their response to Defendant THE GUARANTEE COMPANY OF NORTH AMERICA USA's Motion for Summary Judgment [ECF#47] filed on June 5, 2017.

Plaintiffs UNITED STATES FOR THE USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC's counsel has requested the extension for additional time to fully respond to the Motion for Summary Judgment. The Proposed new deadline for Plaintiffs

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC's Response is July 10, 2017. | |
| DATED this 26th day of June, 2017. | DATED this 26th day of June, 2017. |
| THE WRIGHT LAW GROUP, P.C. | THE FAUX LAW GROUP |
| /s/ John Henry Wright<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Email: john@wrightlawgroupnv.com<br>Attorney for Plaintiff<br>UNITED STATES FOR USE AND BENEFIT<br>OF SEQUOIA ELECTRIC, LLC and<br>SEQUOIA ELECTRIC, LLC | /s/ Leland K. Faux (with permission)<br>LELAND K. FAUX, ESQ.<br>Nevada Bar No. 12206<br>1540 W. Warm Springs Road, #100<br>Henderson, Nevada 89014<br>Email: lfaux@fauxlaw.com<br>Attorneys for Defendant<br>THE GUARANTEE COMPANY<br>OF NORTH AMERICA USA |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 26, 2017