KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 012206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
lfaux@fauxlaw.com
*Attorneys for The Guarantee Company of North America USA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES FOR USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC,<br><br>      Plaintiff,<br>vs.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan Corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX,<br><br>      Defendants. | Case No.: 2:14-cv-02045-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE GUARANTEE COMPANY OF NORTH AMERICA USA'S REPLY**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1, Plaintiffs UNITED STATES FOR THE USE AND BENEFIT OF SEQUOIA ELECTRIC, LLC and SEQUOIA ELECTRIC, LLC and Defendant THE GUARANTEE COMPANY OF NORTH AMERICA USA ("GCNA"), by and through their respective counsel of record, hereby stipulate to an Order for an extension of time for GCNA to file a Reply in support of its Motion for Summary Judgment [ECF#47] filed on June 5, 2017.

GCNA's counsel has requested the extension for additional time to fully respond to the Motion for Summary Judgment and in order to accommodate personal scheduling issues. The proposed new deadline for GCNA's Reply is August 14, 2017.

1

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

DATED this 7th day of August, 2017.

THE FAUX LAW GROUP

By:/s/ Leland K. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 12206
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for The Guarantee Company of North America USA*

DATED this 18th day of August, 2017.

THE WRIGHT LAW GROUP, P.C.

By: /s/ John H. Wright (with permission)
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
*Attorney for Sequoia Electric, LLC*

**ORDER**

IT IS SO ORDERED:

*[signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE

DATED: August 8, 2017